[No. 37397-8-I.    Division One.    April 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SUNNY LEM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-02707-7, Larry A. Jordan, J., entered July 25, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 37454-1-I.    Division One.    April 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMEALE SHANTA FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02850-7, Sally Phillips Pasette, J., entered September 9, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37575-0-I.    Division One.    April 28, 1997.]

RUDOLPH M. KOSAREK, ET AL., *Appellants*, v. STEFANIE M. (KOSAREK) MARKWARDT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-20671-1, Nancy Ann Holman, J., entered September 29, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

[No. 37748-5-I.    Division One.    April 28, 1997.]

KIM G. SNODGRASS, *Respondent*, v. KING COUNTY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 94-2-07125-4, Anthony P. Wartnik, J., entered August 18 and October 30, 1995. *Reversed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Ellington, J.